# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY FREE, ) | |
| Plaintiff, ) | |
| v. ) | No. 2:20-cv-2638-JTF-atc |
| FLOYD BONNER, ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

On August 20, 2020, *pro se* plaintiff Jeffrey Free filed a complaint under 42 U.S.C. § 1983. (ECF No. 1.) On August 30, 2021, the Court: (1) dismissed Free's § 1983 complaint without prejudice for failure to state a claim to relief; and (2) granted leave to amend his claims within twenty-one (21) days. (ECF No. 11.) The time granted for Plaintiff to amend his complaint expired on Monday, September 20, 2021. He has not done so.

The Court thus **ORDERS** Plaintiff to show cause by filing a notice on or before **October 11, 2021**, addressing why the Court should not enter judgment in this case. Failing to comply with this Order in a timely manner will result in a judgment dismissing this action with prejudice without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 28th day of September, 2021.

                                            *s/ John T. Fowlkes*
                                            JOHN T. FOWLKES
                                            UNITED STATES DISTRICT JUDGE