# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY FREE ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 2:20-cv-2638-JTF-atc |
| FLOYD BONNER, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Decision by the Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, And Recommending That This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on March 4th, 2022.

**IT IS SO ORDERED**, this 4th day of March 2022.

APPROVED:

| | |
|---|---|
| /s John T. Fowlkes | THOMAS M. GOULD |
| JOHN T. FOWLKES | CLERK |
| UNITED STATES DISTRICT JUDGE | |
| | |
| March  4, 2022 | /s Kristen Polovoy |
| DATE | (BY) KRISTEN POLOVOY |
| | *PRO SE* LAW CLERK |